Case 2:25-cr-00501-SVW   Document 3   Filed 06/09/25   Page 1 of 1   Page ID #:7



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>2:25-MJ-03506-DUTY-1 |
|---|---|
| Brayan    Ramos-Brito<br>USMS# _____    DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 06/07/2025     ☐ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 111

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1999

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____      Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): _____

11. Name: Adam Gallegos    (please print)

12. Office Phone Number: 216 618 5413         13. Agency: Homeland Security Invest

14. Signature: ADAM N GALLEGOS (Digitally signed by ADAM N GALLEGOS Date: 2025.06.08 20:44:38 -07'00')    15. Date: 6/8/2025

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION