M. Bo Griffith
Deputy Federal Public Defender
Office of the Federal Public Defender
Central District of California
411 West 4th St., Santa Ana CA 92701
714-338-4500
Bo_Griffith@fd.org

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 11 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___EC___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF v. | 2:25-mj-3506-DUTY-1 |
| Brayan Ramos-Brito | |
| DEFENDANT. | APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING |

Application is made by ☐ plaintiff ☑ defendant Brayan Ramos-Brito that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Autumn D. Spaeth by order dated: June 09, 2025

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Relief sought *(be specific)*:

Mr. Ramos-Brito request an order granting pretrial release under subsection (c), Title 18 U.S.C. §3142, with conditions the Court deems appropriate to ensure appearance. Government withdrew its request for detention at the intial appearance on June 09, 2025.

Counsel for the defendant and plaintiff United States Government consulted on 6/11/2025 and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation on 6/11/2025 (via email) _____ .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

6/11/2025
Date

/s/ M. Bo Griffith
Moving Party

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)