# EXHIBIT 2

# (filed manually)