# EXHIBIT 3





































