# EXHIBIT 5

| | |
|---|---|
| **From:** | Bo Griffith |
| **To:** | Erica Valencia |
| **Subject:** | FW: RAMOS-BRITO - Border Patrol Agent |
| **Date:** | Friday, June 13, 2025 1:37:03 PM |

**From:** Lee, Joshua (USACAC) <Joshua.Lee2@usdoj.gov>
**Sent:** Thursday, June 12, 2025 9:49 AM
**To:** Bo Griffith <Bo_Griffith@fd.org>
**Subject:** RAMOS-BRITO - Border Patrol Agent

Bo,

I am hearing that pretrial services may have messed up during the initial hearings for RAMOS-BRITO. I heard that pretrial services said the following:

Pretrial services said that RAMOS-BRITO was going to shoot the border patrol agents and grab guns and shoot them.
    **This is inaccurate.** RAMOS-BRITO said he was going to fuck up the border patrol agents. Another defendant, CERNA CAMACHO, was the individual that said he was going to grab guns and shoot the agents.

I also heard that RAMOS-BRITO's driver's license was expired.
    **This is inaccurate.** RAMOS-BRITO's driver's license does not expire until later this year.

I don't know what happened at the initials, but I heard the judge detained him for these reasons. **These facts are inaccurate.**

**Joshua J. Lee**
*Assistant United States Attorney*
United States Attorney's Office
Central District of California
Office: (213) 894-3183
Cell: (213) 393-5645