**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:25-mj-03506-DUTY |
| v. | |
| Brayan Ramos-Brito, | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☑ District Judge  Fred W. Slaughter

☐ Magistrate Judge _____

on  6/16/2025  at  1:30   ☐ a.m. ☑ p.m.

in courtroom  10D .

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☑ is not required.  Language _____
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

| June 12, 2025 | *Rolls Royce Paschal* | FWS_Chambers@cacd.uscourt.gov |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☑ Probation  ☐ Interpreter's Office  ☑ PSA.