BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JOSHUA J. LEE (Cal. Bar No. 318332)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3183
     Facsimile: (213) 894-0142
     Email:    Joshua.Lee2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-00501-SVW-1 |
|---|---|
| Plaintiff, | NOTICE OF ERRATA |
| v. | |
| BRAYAN RAMOS-BRITO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Joshua J. Lee, hereby files a notice of errata regarding, "INDICTMENT" (Dkt. 61).

///
///
///
///
///
///

On June 18, 2025, a document titled "INDICTMENT" was inadvertently electronically filed when the correct document should have been an "INFORMATION". Therefore, the government requests that Docket No. 61 be stricken from the record.

Dated: June 26, 2025        Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
JOSHUA J. LEE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA