UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | | |
|---|---|---|
| Case No. 2:25-cr-00501-SVW | | Date: 7/21/2025 |
| Present: The Honorable: Alicia G. Rosenberg, United States Magistrate Judge | | |
| Interpreter N/A | | Language N/A |
| Karl Lozada | C/S 07/21/2025 | Blake Hannah |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  Appearing on Summons   Attorneys for Defendants:  ✓ Present  DFPD

Brayan Ramos-Brito                          Gabriela Rivera

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Information.
* Defendant acknowledges having read the Information and discussed it with counsel.
* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with his or her attorney, and if so whether the defendant has formally waived that right.
* Defendant signs waiver of indictment in court.
* Defendant pleads "not guilty" to all counts of the Information.
* This case is assigned to Judge Stephen V. Wilson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 9/16/2025 9:00 AM
* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.
Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA        PSAED        PSASA         Initial Appearance/Appointment of Counsel: 00 : 00
   ✓ USMLA        USMED        USMSA
     Statistics Clerk         Interpreter                    Arraignment: 00 : 02
     CJA Supervising Attorney   Fiscal          Initials of Deputy Clerk: KL by CGM