UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – ARRAIGNMENT**

| | | |
|---|---|---|
| Case No. | 2:25-cr-00501-SVW | Date: 07/21/2025 |
| Present: The Honorable: | Alicia G. Rosenberg, United States Magistrate Judge | |
| Interpreter | N/A | Language: N/A |

| Karl Lozada | C/S 07/21/2025 | Blake Hannah |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)  ✓ Present  Appearing on Summons | Attorneys for Defendants:  ✓ Present  DFPD |
|---|---|
| Brayan Ramos-Brito | Gabriela Rivera |

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Information.
* Defendant acknowledges having read the Information and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Information.
* This case is assigned to Judge Stephen V. Wilson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 9/16/2025 9:00 AM
* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.
* Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA      PSAED      PSASA
   ✓ USMLA     USMED      USMSA
     Statistics Clerk       Interpreter
     CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 02
Initials of Deputy Clerk: KL by CGM