```
1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  M.BO GRIFFITH (Bar No. 315358)
   (E Mail: Bo_griffith@fd.org)
3  Deputy Federal Public Defender
   411 West Fourth Street, Suite 7110
4  Santa Ana, California  92701-4598
   Telephone:  (714) 338-4500
5  Facsimile:  (714) 338-4520

6  Attorneys for Defendant
   Brayan Ramos-Brito
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:25-CR-00501-SVW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | RULE 17 SUBPOENA |
| Brayan Ramos-Brito, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the out-of-district subpoena attached to this order shall issue.

DATED: September 8, 2025     By  /s/ Stephen V. Wilson
                                 _____
                                 HON. STEPHEN V. WILSON
                                 United States District Judge

Presented by:

   /s/ Bo Griffith
_____

Deputy Federal Public Defender

FORM

MICHAEL BO GRIFFITH (Bar No.: 315358)
DEPUTY FEDERAL PUBLIC DEFENDER
(E-mail: bo_griffith@fd.org)
411 W. Fourth Street, Suite 7110
Santa Ana, CA 92701
(714) 338-4500

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:25-CR-00501-SVW |
| v. | |
| BRAYAN RAMOS-BRITO | **SUBPOENA IN A CRIMINAL CASE** |
| DEFENDANT(S) | |

TO: Jose Manuel Mojica

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: First Street Courthouse, 350 W. 1st Street, 10th Floor, Los Angeles , Courtroom: 10A

Date: September 16, 2025 , Time: 9:00 a.m .

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):



_____
Brian D. Karth, Clerk of Court

September 8, 2025
Date

| PROOF OF SERVICE | | | | |
|---|---|---|---|---|
| **Received by Server** | DATE | PLACE | | |
| **Served** | DATE | PLACE | | |
| SERVED ON (PRINT NAME) | | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ Yes  ☐ No   Amount $ _____ | |
| SERVED BY (PRINT NAME) | | | TITLE | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
          *Date*                          *Signature of Server*

Address of Server: _____

ADDITIONAL INFORMATION