# EXHIBIT A
# MEDIA FILE SENT TO CHAMBERS ON USB