Name & Address:
PATRICK KIBBE (Cal. Bar No. Pending)
312 North Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone: (213) 894-6159
Patrick.Kibbe@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>BRYAN RAMOS-BRITO,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25-cr-00501-SVW<br><br>**NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  [X] Lodged: **(List Documents)**

USB containing video exhibit to Government's Motion in Limine to Exclude Video.

**Reason:**

☐ Under Seal
☐ In Camera
[X] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

9/10/2025
Date

Patrick Kibbe
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**