MICHAEL BO GRIFFITH (Bar No.: 315358)
DEPUTY FEDERAL PUBLIC DEFENDER
(E-mail: bo_griffith@fd.org)
411 W. Fourth Street, Suite 7110
Santa Ana, CA 92701

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-cr-00501-SVW |
| v. | |
| BRAYAN RAMOS-BRITO | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibits 1, 2 and 4 in support of Motion in Limine Requesting Attorney-led Voir Dire.

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 11, 2025                             /s/ M. Bo Griffith, DFPD
Date                                            Attorney Name

                                                Brayan Ramos-Brito
                                                Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                **NOTICE OF MANUAL FILING OR LODGING**