# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA <br> PLAINTIFF(S) <br> v. <br> BRAYAN RAMOS-BRITO <br> DEFENDANT(S). | CASE NUMBER: <br> 2:25-cr-00501-SVW <br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 9/11/2025 | 88 | MIL: FOR ATTORNEY-LED VOIR DIRE |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☑ The hearing date has been rescheduled to  Monday, September 15, 2025  at  11:00 A.M.  .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated:  9/11/2025               By: _/s/ Stephen V. Wilson_
                                U.S. District Judge / U.S. Magistrate Judge