PATRICK D. KIBBE
ASSISTANT UNITED STATES ATTORNEY
U.S. Attorney's Office
312 North Spring Street, Suite 1200
Los Angeles, CA 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF(S) | 2:25-CR-501-SVW |
| v. | | |
| Brayan Ramos Brito | | **NOTICE OF MANUAL FILING** |
| | | **OR LODGING** |
| | DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Government's Application to File Under Seal and In Camera; Proposed Order
Government's In Camera Filing; Proposed Order

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| 9/13/2025 | | Patrick D. Kibbe |
|---|---|---|
| Date | | Attorney Name |
| | | United States |
| | | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*