# EXHIBIT 4

**DECLARATION OF VICTOR GOMEZ**

I, Victor Gomez, declare:

1. I am an investigator with the Office of the Federal Public Defender for the Central District of California.

2. On September 14, 2025, I observed Exhibits 1 and 2 on the "verified" X (formerly Twitter) account titled *Acting U.S. Attorney Bill Essayli*.

3. On September 14, 2025, I observed Exhibit 3 a repost from the "verified" X account titled Homeland Security Investigations (HSI) Los Angeles on the "verified" X account titled *Commander Op At Large CA Gregory K. Bovino*.

4. On September 10, 2025, I observed that "verified" X account titled Commander Op At Large CA Gregory K. Bovino, had reposted ICE's official government Instagram account post from June 10, 2025, three days after Mr. Mojica's arrest, the post consisted of a video that depicts Mr. Mojica while Border Patrol Chief Gregory Bovino states "we've got a mission… that mission is called arrest bad people doing bad things. So we're going to do this aggressive posture legally ethically, and morally, does everybody get me on that?" See Dkt. 88, Exhibit 1 (manually filed).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2025, at, Santa Ana, California.

_____
Victor Gomez

1