# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>BRAYAN RAMOS–BRITO<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25–cr–00501–SVW<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __9/14/2025__

Document No.:   __98__

Title of Document:   __Exhibit__

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–3.8 title page is missing, incomplete, or incorrect.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 15, 2025       By: _/s/ Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov_
                                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**