CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
M. Bo Griffith (Bar No. 315358)
(E-Mail: bo_griffith@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
Brayan Ramos-Brito

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00501-SVW |
|---|---|
| Plaintiff, | EXHIBIT 8 IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* FOR ATTORNEY-LED VOIR DIRE |
| v. | |
| BRAYAN RAMOS-BRITO. | Hearing Date: September 15, 2025 |
| Defendant. | Hearing Time: 11:00am |
| | Courtroom of the Honorable Stephen V. Wilson |

Defendant, Brayan Ramos-Brito, by and through his counsel of record, M. Bo Griffith and Cuauhtemoc Ortega, hereby submits Exhibit 8 n Support of his Motion *in Limine* Requesting Attorney-led *Voir Dire.*

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 15, 2025     By /s/ M. Bo Griffith
                                 M. Bo Griffith
                                 Deputy Federal Public Defender
                                 Attorneys for Brayan Ramos-Brito