```
CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
M. Bo Griffith (Bar No. 315358)
(E-Mail: bo_griffith@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
Brayan Ramos-Brito
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRAYAN RAMOS-BRITO.<br><br>Defendant. | Case No. 2:25-cr-00501-SVW<br><br>VIDEO EXHIBITS 1, 2 AND 4 IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* FOR ATTORNEY-LED VOIR DIRE<br><br>Filed Manually<br><br>Hearing Date: September 16, 2025<br>Hearing Time: 11:00am |

Defendant, Brayan Ramos-Brito, by and through his counsel of record, M. Bo Griffith and Cuauhtemoc Ortega, hereby submits Exhibits 1, 2 and 4 in support of his motion *in limine* requesting attorney-led *voir dire*.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 12, 2025     By  /s/ M. Bo Griffith
                               M. Bo Griffith
                               Deputy Federal Public Defender
                               Attorneys for Brayan Ramos-Brito

[Photograph of a USB flash drive in a plastic evidence bag, labeled:
"Bryan Ramos Brito
Exhibits 1, 2 & 4
2:25-cr-00501-SVW"]

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached Video Exhibits 1, 2 And 4 in Support Of Defendant's Motion *in Limine* For Attorney-Led *Voir Dire*

on the following individual(s) by:

[X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[ ] Faxing same via facsimile machine addressed as follows:

Patrick D. Kibbe
Jehan Pernas Kim
Assistant United States Attorneys
1200 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

This proof of service is executed at Los Angeles, California, on September 12, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ *Diana Miner* .
Diana Miner