# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:25-cr-00501-SVW |
| Date | September 16, 2025 |

Present: The Honorable STEPHEN V. WILSON

Interpreter

| Daniel Tamayo | Maria Bustillos | Patrick Kibbe / Jehan Kim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Brayan Ramos-Brito | ☒ | ☐ | ☒ | M. Bo Griffith DFPD | ☒ | ☒ | ☐ |
| | ☐ | ☐ | ☐ | Cuauhtemoc Ortega DFPD | ☒ | ☒ | ☐ |

_____ Day COURT TRIAL   1st Day JURY TRIAL   _____ Death Penalty Phase

_____ One day trial;   ☒ Begun (1st day);   ☒ Held & continued;   _____ Completed by jury verdict/submitted to court.

☒ The Jury is impaneled and sworn.

☒ Opening statements made by Plaintiff & Defendant

☒ Witnesses called, sworn and testified.

☒ Exhibits identified   ☒ Exhibits admitted

_____ Government rests.   _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

_____ Closing arguments made   _____ Court instructs jury   _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused   _____ Jury retires to deliberate   _____ Jury resumes deliberations

_____ Finding by Court as follows:

| | | |
|---|---|---|
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

_____ Jury polled   _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # ____ remanded to custody.   _____ Remand/Release# ____ issd.   _____ Dft # ____ released from custody.

_____ Bond exonerated as to Dft # _____

☒ Case continued to September 17, 2025 at 9:30 AM _____ for further trial/further jury deliberation.

☒ Other: Witness, Jose Mojica, represented by his Counsel, Meghan Blanco, is sworn under oath and pleads his Fifth Amendment Right.

5 : 40

Initials of Deputy Clerk DTA

_____ USM   _____ USPPO