# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:25-cr-00501-SVW |
| Date | September 17, 2025 |
| Present: The Honorable | STEPHEN V. WILSON |
| Interpreter | |

| Daniel Tamayo | Maria Bustillos | Patrick Kibbe / Jehan Kim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Brayan Ramos-Brito | ☒ | ☐ | ☒ | M. Bo Griffith DFPD | ☒ | ☒ | ☐ |
| | | | | Cuauhtemoc Ortega DFPD | ☒ | ☒ | ☐ |

___ Day **COURT TRIAL**     2nd Day **JURY TRIAL**     ___ Death Penalty Phase

___ One day trial;  ___ Begun (1st day);  ☒ Held & continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

☒ Witnesses called, sworn and testified.

☒ Exhibits identified     ☒ Exhibits admitted

☒ Government rests.     ☒ Defendant(s) Brayan Ramos-Brito rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

☒ Motion for judgment of acquittal (FRCrP 29) is ___ granted ☒ denied ___ submitted

☒ Closing arguments made     ☒ Court instructs jury     ☒ Bailiff sworn

☒ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

☒ Alternates excused     ☒ Jury retires to deliberate     ___ Jury resumes deliberations

☒ Finding by Court as follows:

| | | | |
|---|---|---|---|
| Dft # 1 | found guilty on counts ___ | ☒ found not guilty on counts | 1 |
| Dft # | found guilty on counts ___ | found not guilty on counts | |
| Dft # | found guilty on counts ___ | found not guilty on counts | |
| Dft # | found guilty on counts ___ | found not guilty on counts | |
| Dft # | found guilty on counts ___ | found not guilty on counts | |

___ Jury polled     ☒ Polling waived

☒ Filed Witness & Exhibit lists     ☒ Filed Jury notes     ☒ Filed Jury Instructions     ☒ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.   ___ Remand/Release# ___ issd.   ___ Dft # ___ released from custody.

☒ Bond exonerated as to Dft # 1

___ Case continued to _____ for further trial/further jury deliberation.

___ Other: _____     2 : 35

Initials of Deputy Clerk   DTA