FILED
CLERK, U.S. DISTRICT COURT
9/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

United States of America, ) Case No.: 2:25-cr-00501-SVW-1
  Plaintiff, )
v. ) **CONFIRMATION OF EXHIBIT REVIEW AND AUTHORIZATION TO SUBMIT EXHIBITS**
Brayan Ramos-Brito, )
  Defendant. )

The undersigned counsel hereby declare that the exhibit list and exhibits prepared to be given to the jury during deliberations were personally and individually reviewed by counsel for Plaintiff(s) and Defendant(s) prior to submission to the jury. The undersigned counsel also declare that the exhibits prepared to be given to the jury contain only admitted exhibits.

Counsel for Plaintiff(s) (Printed Name): PATRICK KIBBE

Counsel for Plaintiffs(s) (Signature): [signature]

Date: 9/17/25

Counsel for Defendant(s) (Printed Name): M. Bo Griffith

Counsel for Defendant(s) (Signature): [signature]

Date: 9/17/25