**FILED**
CLERK, U.S. DISTRICT COURT

9/17/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:25-501-SVW |
| Plaintiff, | |
| v. | VERDICT FORM |
| BRAYAN RAMOS-BRITO, | |
| Defendant. | |

## COUNT ONE

We, the Jury in the above-captioned action, unanimously find defendant BRAYAN RAMOS-BRITO:

    ✓               NOT GUILTY

    _____              GUILTY

of Assault on J.M., a federal officer, as charged in the Information.

DATED: 9/17/25 , in Los Angeles, California.