1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**F I L E D**
CLERK, U.S. DISTRICT COURT

9/17/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-cr-00501-SVW |
| Plaintiff, | **DEFENDANT'S EXHIBIT LIST AT TRIAL** |
| v. | |
| BRAYAN RAMOS-BRITO, | |
| Defendant. | |

1

**UNITED STATES v. BRAYAN RAMOS-BRITO**
**No. 2:25-CR-00501-SVW**

**Defense Exhibits at Trial**

| Exhibit Number | Description of Exhibit | Marked for I.D. | Admitted |
|---|---|---|---|
| 101 | Injury Photo 267 | | |
| 102 | Injury Photo 268 | | |
| 103 | Injury Photo 269 | | |
| 104 | Injury Photo 270 | | |
| 105 | Injury Photo 271 | | |
| 106 | Injury Photo 272 | | |
| 107 | Injury Photo 273 | | |
| 108 | Injury Photo 274 | | |
| 109 | Injury Photo 275 | | |
| 110 | Injury Photo 276 | | |
| 111 | Injury Photo 277 | | |
| 112 | Injury Photo 278 | | |
| 113 | Injury Photo 279 | | |
| 114 | Injury Photo 280 | | |
| 115 | Injury Photo 281 | | |
| 116 | Injury Photo 282 | | |
| 117 | Injury Photo 283 | | |
| 118 | Injury Photo 284 | | |
| 119 | Injury Photo 285 | | |
| 120 | Injury Photo 286 | | |
| 121 | Injury Photo 287 | | |
| 122 | Mojica Injury Photo 299 | | |
| 123 | Mojica Injury Photo 300 | | |
| 124 | Mojica Injury Photo 301 | | |
| 125 | Mojica Injury Photo 302 | | |
| 126 | Mojica Injury Photo 303 | | |
| 127 | Mojica Injury Photo 304 | | |
| 128 | Mojica Injury Photo 305 | | |
| 129 | Mojica Injury Photo 306 | | |
| 130 | Mojica Injury Photo 307 | | |
| 131 | Mojica Injury Photo 308 | | |
| 132 | Mojica Injury Photo 309 | | |

| | | | |
|---|---|---|---|
| 133 | Primary video | | |
| 133A | Excerpt from 133 Primary Video | | |
| 134 | Dragging video | | |
| 135 | https-www.instagram.com-p-DKvk5GWJvWx-Sep-10-25-13-05-13-GMT-0700-(PDT)_0 | | |
| 136 | Intentionally left blank | | |
| 137 | Intentionally left blank | | |
| 138 | Hollywood sign | | |
| 139 | Instagram screen shots | | |
| 140 | Axon_Body_4_Video_2025-06-07_1237_D01A2766T | | |
| 140A | Excerpt from 140 Axon Body_4_Video | | |
| 141 | Intentionally left blank | | |
| 142 | Intentionally left blank | | |
| **143** | **2048x bovino speech** | **September 17, 2025** | **September 17, 2025** |
| 144 | Intentionally left blank | | |
| 145 | Intentionally left blank | | |
| 146 | Intentionally left blank | | |
| 147 | Intentionally left blank | | |
| 148 | Intentionally left blank | | |
| 149 | Intentionally left blank | | |
| 150 | Immunity MiL Ex 1 | | |
| 151 | Intentionally Left Blank | | |
| 152 | Immunite MiL Ex 2 | | |
| 152 | Immunity MiL Ex 3 | | |
| 153 | Immunity MiL Ex 4 | | |